# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DANIEL AARON SOLORZANO (1);<br>JOSE LUIS DELGADO, JR. (2),<br><br>　　　　　　　　　　　Defendants. | Case No.: 23-cr-1076-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On January 19, 2024, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for January 26, 2024 to February 9, 2024. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 51] and sets the Motion Hearing/Trial Setting on February 9, 2024 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. On December 13, 2023, plea agreements were lodged before the Court and a change of plea hearing is set for January 30, 2024 before the Magistrate Judge Valerie E. Torres. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//

Further, on June 14, 2023, Defendant Jose Luis Delgado, Jr. filed a pretrial motion that remains pending. Co-Defendant Daniel Aaron Solorzano also filed a pretrial motion that remains pending. Accordingly, the Court finds that time from June 14, 2023 to February 9, 2024 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is excluded as to the Co-Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion from the Speedy Trial clock for one defendant applies to all codefendants.").

IT IS SO ORDERED.

Dated: 1/24/24

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE